No. 93–9657.  HUBBARD v. VOINOVICH, GOVERNOR OF OHIO, ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 93–9658.  FRIDAY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–9659.  HARRINGTON v. STRAW, DIRECTOR, DEFENSE LOGISTICS AGENCY.  C. A. D. C. Cir.  Certiorari denied.

No. 93–9660.  HENSLER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–9661.  DAVIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–9662.  AGUILAR v. NEW MEXICO.  Sup. Ct. N. M.  Certiorari denied.

No. 93–9663.  DUBUC v. MUSSEMAN, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 93–9664.  SMITH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–9665.  CHAVERS v. PRUNTY, ACTING WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–9666.  WEIDRICK v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–9667.  VILLAMONTE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–9668.  STEWART v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 93–9669.  SHAW v. DEPARTMENT OF THE ARMY.  C. A. Fed. Cir.  Certiorari denied.

No. 93–9671.  DEFELICE v. BERTON ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–9672.  SANCHEZ v. BORG, WARDEN.  C. A. 9th Cir.  Certiorari denied.